855 A.2d 669

**Jean ZEPPI, Respondent,**

v.

**PENNSYLVANIA STATE POLICE, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 17, 2004.

## *ORDER*

PER CURIAM.

AND NOW, this 17th day of August, 2004, the Petition for Allowance of Appeal is hereby GRANTED. The parties are directed to address the following issue:

1. What legally cognizable claims or claims arising in assumpsit, if any, has Jean Zeppi stated against the Pennsylvania State Police.